IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ONIX GROUP, LLC DATA BREACH LITIGATION | Case No. 23-2288-KSM |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Eric Meyers, Donald Owens, Aida Albino Wimbush, Ashtyn Mark, Leah Simione, Melissa Lyston, and Angela Haynie (collectively, "Plaintiffs"), individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing Benjamin F. Johns of Shub & Johns LLC and Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (viii) granting such other relief and further relief as the Court deems just and proper.

Defendant Onix Group, LLC does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and Release; the Declaration of Interim Co-

Lead Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; and all prior pleadings and proceedings properly before the Court.

Dated: February 20, 2024                    Respectfully submitted,

                                              By: *s/ Benjamin F. Johns*
                                              Benjamin F. Johns (PA Bar 201373)
                                              Samantha E. Holbrook (PA Bar 311829)
                                              Andrea L. Bonner (PA Bar 332945)
                                              **SHUB & JOHNS LLC**
                                              Four Tower Bridge
                                              200 Barr Harbor Drive, Suite 400
                                              Conshohocken, PA 19428
                                              Telephone: (610) 477-8380
                                              Fax: (856) 210-9088
                                              bjohnes@shublawyers.com
                                              sholbrook@shublawyers.com
                                              abonner@shublawyers.com

                                              Gary M. Klinger*
                                              **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
                                              227 W. Monroe Street, Suite 2100
                                              Chicago, IL 60606
                                              Phone: (866) 252-0878
                                              gklinger@milberg.com

                                              *Co-Lead Counsel for Plaintiffs*


                                              Bryan L. Bleichner*
                                              Phillip J. Krzeski*
                                              **CHESTNUT CAMBRONNE PA**
                                              100 Washington Ave., Ste 1700
                                              Telephone: 612-767-3602
                                              Fax: 612-336-2940
                                              bbleicherner@chestnutcambronne.com
                                              pkrzeski@chestnutcambrone.com

                                              Nicholas Sandercock
                                              **SIRI & GLIMSTAD LLP**

745 5th Avenue, Suite 500  
New York, NY 10151  
Tel: (212) 532-1091  
nsandercock@sirillp.com  

Gary E. Mason*  
Danielle Perry*  
Lisa A. White*  
**MASON LLP**  
5335 Wisconsin Avenue, NW  
Suite 640  
Washington, DC 20015  
Tel: (202) 429-2290  
gmason@masonllp.com  
dperry@masonllp.com  
lwhite@masonllp.com  

James M. Evangelista*  
**EVANGELISTA WORLEY LLC**  
500 Sugar Mill Road Suite 245A  
Atlanta, GA 30350  
Tel.: 404-205-8400  
Fax: 404-205-8395  
Email: jim@ewlawllc.com  

Jennifer Czeisler*  
**JKC LAW, LLC**  
269 Altessa Blvd. Melville, NY 11747  
Tel: (516)457-9571  
Email: jennifer@jkclawllc.com  


James A. Francis  
John Soumilas  
Lauren KW Brennan  
Jordan M. Sartell*  
**FRANCIS MAILMAN SOUMILAS, P.C.**  
1600 Market Street, Suite 2510  
Philadelphia, PA 19103  
T: (215) 735-8600  
F: (215) 940-8000  
jfrancis@consumerlawfirm.com  
jsoumilas@consumerlawfirm.com  
lbrennan@consumerlawfirm.com  
jsartell@consumerlawfirm.com

David S. Almeida*
Elena A. Belov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

**pro hac vice*

4