IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ONIX GROUP, LLC DATA BREACH LITIGATION | Case No. 23-2288-KSM |

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Attached hereto as Exhibit A is an opinion issued last week that granted preliminary approval to a data breach class action settlement. *Barletti v. Connexin Software, Inc. d/b/a Office Practicum*, No. 2:22-CV-04676-JDW, 2024 WL 1096531 (E.D. Pa. Mar. 13, 2024). Plaintiffs respectfully submit that this opinion may be relevant to their pending motion for preliminary approval in this case.

Dated: March 20, 2024                           Respectfully submitted,

By:   s/ Benjamin F. Johns
      Benjamin F. Johns (PA Bar 201373)
      Samantha E. Holbrook (PA Bar 311829)
      Andrea L. Bonner (PA Bar 332945)
      **SHUB & JOHNS LLC**
      Four Tower Bridge
      200 Barr Harbor Drive, Suite 400
      Conshohocken, PA 19428
      Telephone: (610) 477-8380
      bjohnes@shublawyers.com
      sholbrook@shublawyers.com
      abonner@shublawyers.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*

\**pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March 2024, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Benjamin F. Johns*
Benjamin F. Johns