IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ONIX GROUP, LLC DATA BREACH LITIGATION** | **CIVIL ACTION**<br><br>**NO. 23-2288-KSM** |

## ORDER

**AND NOW**, this 4th day of April 2024, it is **ORDERED** that the parties shall appear in Courtroom 16B on **Monday, May 13, 2024, at 10:30 a.m.** for a hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. No. 29).

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.