IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re Onix Group, LLC Data Breach Litigation* | Civil Action No. 23-2288-KSM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF FILING AMENDED
SETTLEMENT AGREEMENT AND EXHIBITS**

During the May 15, 2024 hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement, the Court requested that the Parties provide certain clarifications to the Settlement Agreement and related exhibits. Accordingly, Plaintiffs Eric Meyers, Donald Owens, Aida Albino Wimbush, Ashtyn Mark, Leah Simione, Melissa Lyston, and Angela Haynie ("Plaintiffs") and Defendant Onix Group, LLC ("Onix") jointly submit this Amended Settlement Agreement, and revised Claim Form, Summary Notice, and Long Form Notice, attached thereto as Exhibits A, B, and C.

Plaintiffs and Onix respectfully request the Court grant the Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement.

Dated:  May 21, 2024                                                  Respectfully Submitted,

By: *s/ Benjamin F. Johns*                                By: *s/ Edward J. McAndrew*
Benjamin F. Johns (PA Bar 201373)                 Edward J. McAndrew (PA Bar No. 77103)
Samantha E. Holbrook (PA Bar 311829)          **BAKER & HOSTETLER LLP**
Andrea L. Bonner (PA Bar 332945)                   1735 Market Street, Suite 3300
**SHUB & JOHNS LLC**                                       Philadelphia PA 19103
Four Tower Bridge                                                Tel.: (215) 564-8386
200 Barr Harbor Drive, Suite 400                      Email: emcandrew@bakerlaw.com
Conshohocken, PA 19428
Telephone: (610) 477-8380                                 Sarah A. Ballard (PA Bar No. 327879)
Fax: (856) 210-9088                                             **BAKER & HOSTETLER LLP**
bjohnes@shublawyers.com                                1801 California Street, Suite 4400
sholbrook@shublawyers.com                           Denver, CO 80202
abonner@shublawyers.com                              Tel.: (303) 861-0600
                                                                              Email: sballard@bakerlaw.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN LLC**                          *Attorneys for Defendant Onix Group, LLC*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May 2024, I electronically filed the foregoing **NOTICE OF FILING AMENDED SETTLEMENT AGREEMENT AND EXHIBITS**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

                                                 */s/ Benjamin F. Johns*
                                                 Benjamin F. Johns