IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ONIX GROUP, LLC DATA BREACH LITIGATION | Case No. 23-2288-KSM |

PLAINTIFFS' NOTICE OF FILING
AMENDED SETTLEMENT AGREEMENT EXHIBITS

During the May 30, 2024 telephonic follow-up hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement, the Court requested that the Parties provide additional clarifications to the exhibits to the Settlement Agreement. Accordingly, Plaintiffs Eric Meyers, Donald Owens, Aida Albino Wimbush, Ashtyn Mark, Leah Simione, Melissa Lyston, and Angela Haynie ("Plaintiffs") and Defendant Onix Group, LLC ("Onix") jointly submit a revised Claim Form, Short Form Notice, and Long Form Notice, attached hereto.

Dated: May 31, 2024

Respectfully submitted,

By: *s/ Benjamin F. Johns*
Benjamin F. Johns (PA Bar 201373)
Samantha E. Holbrook (PA Bar 311829)
Andrea L. Bonner (PA Bar 332945)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
Fax: (856) 210-9088
bjohns@shublawyers.com
sholbrook@shublawyers.com
abonner@shublawyers.com

1

Gary M. Klinger*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*

**pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May 2024, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Benjamin F. Johns*
Benjamin F. Johns