IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re Onix Group, LLC Data Breach Litigation* | Civil Action No. 23-2288-KSM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**THE PARTIES' NOTICE OF FILING SECOND
AMENDED SETTLEMENT AGREEMENT**

As discussed with the Court during the June 12, 2024 telephonic status conference, the parties are submitting herewith the Second Amended Class Action Settlement Agreement (the "Agreement"). The parties are also submitting amended exhibits to the Agreement, which have been updated to include specific dates which correspond to those in the Agreement.

Dated:  June 13, 2024                                              Respectfully Submitted,


By: *s/ Benjamin F. Johns*
Benjamin F. Johns (PA Bar 201373)
Samantha E. Holbrook (PA Bar 311829)
Andrea L. Bonner (PA Bar 332945)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Telephone: (610) 477-8380
Fax: (856) 210-9088
bjohnes@shublawyers.com
sholbrook@shublawyers.com
abonner@shublawyers.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*

By: *s/ Edward J. McAndrew*
Edward J. McAndrew (PA Bar No. 77103)
**BAKER & HOSTETLER LLP**
1735 Market Street, Suite 3300
Philadelphia PA 19103
Tel.: (215) 564-8386
Email: emcandrew@bakerlaw.com

Sarah A. Ballard (PA Bar No. 327879)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel.: (303) 861-0600
Email: sballard@bakerlaw.com


*Attorneys for Defendant Onix Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2024, I electronically filed the foregoing **NOTICE OF FILING SECOND AMENDED SETTLEMENT AGREEMENT**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

*s/ Benjamin F. Johns*
Benjamin F. Johns
