IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re Onix Group, LLC Data Breach Litigation* | Civil Action No. 23-2288-KSM<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**THE PARTIES' NOTICE OF FILING THIRD
AMENDED SETTLEMENT AGREEMENT**

As discussed with the Court during the June 12, 2024 telephonic status conference and again via written correspondence on June 13, 2024, the parties are submitting herewith the Third Amended Class Action Settlement Agreement (the "Agreement"). The parties are also submitting amended exhibits to the Agreement, which have been updated to include specific dates which correspond to those in the Agreement.

Dated:  June 14, 2024                                              Respectfully Submitted,

By: *s/ Benjamin F. Johns*                           By: *s/ Edward J. McAndrew*
Benjamin F. Johns (PA Bar 201373)             Edward J. McAndrew (PA Bar No. 77103)
Samantha E. Holbrook (PA Bar 311829)      **BAKER & HOSTETLER LLP**
Andrea L. Bonner (PA Bar 332945)              1735 Market Street, Suite 3300
**SHUB & JOHNS LLC**                                   Philadelphia PA 19103
Four Tower Bridge                                          Tel.: (215) 564-8386
200 Barr Harbor Drive, Suite 400                  Email: emcandrew@bakerlaw.com
Conshohocken, PA 19428
Telephone: (610) 477-8380                           Sarah A. Ballard (PA Bar No. 327879)
Fax: (856) 210-9088                                        **BAKER & HOSTETLER LLP**
bjohnes@shublawyers.com                           1801 California Street, Suite 4400
sholbrook@shublawyers.com                      Denver, CO 80202
abonner@shublawyers.com                         Tel.: (303) 861-0600
                                                                           Email: sballard@bakerlaw.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC**                         *Attorneys for Defendant Onix Group, LLC*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June 2024, I electronically filed the foregoing **NOTICE OF FILING THIRD AMENDED SETTLEMENT AGREEMENT**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

*s/ Benjamin F. Johns*
Benjamin F. Johns

4883-9080-4680.1