IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ONIX GROUP, LLC DATA BREACH LITIGATION** | Case No. 23-2288-KSM |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

COMES NOW Plaintiffs, through their undersigned counsel, and requests final approval for class action settlement. In support of this request, Plaintiffs state and presents the following:

1. The terms of Settlement are set forth in the (Third Amended) Class Action Settlement Agreement and Release. (ECF 43-1).

2. The relief sought in this Motion is supported by (1) this Unopposed Motion; (2) Plaintiffs' Memorandum in Support ("Memorandum"); (3) Declaration of Steven Rogers of Angeion Group, LLC Re; Implementation of Notice and Settlement Administration; (4) the Settlement Agreement; (5) the Court's Order Granting Preliminary Approval of Class Action Settlement; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request the Court enter the proposed Order Granting Final Approval of the Class Action Settlement.

Dated: September 3, 2024                Respectfully submitted,

*/s/ Benjamin F. Johns*
_____
Benjamin F. Johns (PA Bar 201373)
Samantha E. Holbrook (PA Bar 311829)
Andrea L. Bonner (PA Bar 332945)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
(610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com
abonner@shublawyers.com


Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL  60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Co-Lead Counsel for Plaintiffs*


Bryan L. Bleichner*
Phillip J. Krzeski*
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste 1700
Minneapolis, MN  55401
Telephone: (612)767-3602
Fax: (612) 336-2940
bbleicherner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Nicholas Sandercock
**SIRI & GLIMSTAD LLP**
745 5th Avenue, Suite 500
New York, NY  10151
Telephone: (212) 532-1091
nsandercock@sirillp.com


Gary E. Mason*
Danielle Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com


James M. Evangelista*
**EVANGELISTA WORLEY LLC**
500 Sugar Mill Road, Suite 245A
Atlanta, GA  30350
Telephone: (404) 205-8400
Fax: (404)205-8395
jim@ewlawllc.com


Jennifer S. Czeisler*
**STERLINGTON PLLC**
One World Trade Center
85th Floor
New York, New York 10007
Telephone: (212) 433-2993
Jen.czeisler@sterlingtonlaw.com

James A. Francis
John Soumilas
Lauren KW Brennan
Jordan Sartell*
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com
jsartell@consumerlawfirm.com

David S. Almeida*
Elena A. Belov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL  60614
Telephone: (312) 576-3024
david@almeidalawgroup.com
elena@almeidalawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list.

Benjamin F. Johns