IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE ONIX GROUP, LLC DATA BREACH LITIGATION** | Civil Action No. 2:23-cv-02288-KSM |

**DECLARATION OF STEVEN ROGERS OF ANGEION GROUP, LLC
RE: IMPLEMENTATION OF NOTICE AND SETTLEMENT ADMINISTRATION**

I, Steven Rogers, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Associate Project Manager at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"), whose headquarters are located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2. Angeion was retained by the Parties and appointed by this Court to serve as Settlement Administrator pursuant to this Court's Order (Dkt. No. 45). As Settlement Administrator, Angeion is responsible for providing class Notice and claims administration and to fulfill the duties of the Settlement Administrator as set forth in the Amended Class Action Settlement Agreement and Release ("Settlement Agreement") (Dkt. No. 35-1).

3. Angeion is not related to or affiliated with the Plaintiffs, Class Counsel, Defendant, or Defendant's Counsel.

4. The purpose of this Declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

**CLASS MEMBER DATA**

5. On or about June 25, 2024, Defendant's Counsel provided Angeion with a data file containing 390,623 Class Member name and address records. Angeion reviewed the data and removed duplicative records, resulting in 308,906 unique records ("Class List").

## DIRECT NOTICE

**Mailed Notice**

6. On July 23, 2024, Angeion caused the Summary Notice to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to 308,906 Class Members. A true and accurate copy of the Summary Notice is attached hereto as **Exhibit A**.[1]

7. Prior to mailing, the mailing addresses on the Class List were processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

8. Pursuant to the Settlement Agreement, Summary Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Summary Notices that were returned by the USPS as undeliverable without a forwarding address were subjected to an address verification search (*i.e.*, skip trace) in an attempt to locate an updated address. As a result of the above-described efforts, of the 60,897 Summary Notices returned as undeliverable by the USPS, 40,133 were re-mailed to updated addresses.

9. To the best of my knowledge, approximately 93.28% of Class Members are presumed to have successfully been delivered notice of the Class Action Settlement.[2]

## SETTLEMENT WEBSITE

10. On June 18, 2024, Angeion activated the case-specific Settlement Website, www.onixsettlement.com, where Class Members can file a claim online via a secure portal or download and print the Claim Form to be completed and mailed via the USPS. The Settlement Website was designed to be user-friendly and makes it easy for Class Members to find general information about this class action Settlement, review relevant Court documents, and view

---

[1] Just prior to the initial mail date of July 19, 2024, Angeion identified that a prior, older version of the postcard notice was inadvertently set up for printing. Angeion immediately corrected the postcard notice text and commenced noticing promptly thereafter.

[2] The 93.28% was calculated as follows: Angeion subtracted the number of Class Member notices returned as undeliverable by the USPS (60,897) from the total number of unique records on the Class List that were mailed to (308,906). The number of notices that were returned as undeliverable but were subsequently re-mailed or forwarded (40,133) were added back. Thus, 308,906 – 60,897 + 40,133 = 288,142, which is the number of notices presumed to have been successfully delivered because the final mailing status of those notices indicate that they were mailed or remailed and have not been returned as undeliverable by the USPS at this time. Please note that all statistics are current through 9/3/2024 and are subject to change during the full course of noticing.

DECLARATION OF STEVEN ROGERS OF ANGEION GROUP, LLC
RE: IMPLEMENTATION OF NOTICE AND SETTLEMENT ADMINISTRATION

important dates and deadlines pertinent to the Settlement. The Settlement Website also has a "Contact Us" page whereby Class Members can send additional questions to a dedicated email address, info@onixsettlement.com. As of the date of this declaration, the Settlement Website has received 3,487 website visits by 2,481 unique users totaling 6,741 pageviews.

## TOLL-FREE HOTLINE

11. On June 18, 2024, Angeion activated the following toll-free number dedicated to this Settlement: 1-888-897-2160. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week. As of the date of this declaration, Angeion has received 861 calls totaling 4,127 minutes.

## CLAIM FORMS

12. The deadline for Class Members to submit a Claim Form is October 17, 2024. As of August 28, 2024, Angeion has received 2,984 Claim Form submissions. These Claim Form submissions are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions. Angeion will continue to report to the Parties the number of Claim Form submissions it receives and processes.

## OPT-OUTS & OBJECTIONS

13. The deadline for Class Members to opt-out of the Settlement is September 17, 2024. To date, Angeion has received 8 opt-out requests.

14. The deadline for Class Members to object to the Settlement is September 17, 2024. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections to the Settlement.

15. Angeion will keep the Parties apprised of any opt-out requests or objections it receives.


STEVEN ROGERS