# EXHIBIT A

**<u>Court Approved Legal Notice</u>**
**Eastern District of Pennsylvania**
**Case No. 23-2288-KSM**

**As a Result of the ONIX DATA INCIDENT, You Can Get Cash or Credit Monitoring and Insurance Services to Protect Your Information.**

*This is <u>not</u> a solicitation from a lawyer.*

.

**For more information about the Settlement and how to file a Claim Form visit or call:
www.OnixSettlement.com
1-888-888-8888**

*Para una notificación en Español, llamar 1-888-888-8888 o visitar nuestro sitio web
www.OnixSettlement.com.*

---

*Onix Data Incident Litigation*
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

«ScanString»

Postal Service: Please do not mark barcode

Notice ID: «Notice ID»
Confirmation Code: «Confirmation Code»
«FirstName» «LastName»
«Address1»
«Address2»
«City», «StateCd» «Zip»
«CountryCd»

NOTICE ID: «NOTICE ID»  **Onix Settlement Claim Form For *Pro Rata* Cash Payment Only**
NAME: «NAME»  (If you wish to file a claim for CMIS or Documented Losses, visit the Settlement Website)
ADDRESS: «ADDRESS»

1. ***Pro Rata* Cash Fund Payment**: Would you like to receive a *pro rata* cash payment under the Settlement? (circle one)    Yes    No

   *If you are a Settlement Class Member, you may receive a cash payment from the Settlement Fund, the amount of which will be increased or decreased* pro rata *from money remaining in the Settlement Fund after all claims are submitted. You do not need to suffer out-of- pocket losses or expenses to select this option.*

2. **Select one of the following payment methods:** *PayPal_____ *Venmo____ *Zelle_____ *Virtual Prepaid Card_____ Check _____
   *Please provide your email address or phone number associated with your PayPal, Venmo or Zelle account, or email address for the Virtual Prepaid card: _____

3. **By signing my name below, I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the information included on this Claim Form for *Pro Rata* Cash Payment Only is true and accurate, certify that I am eligible to make a claim in this Settlement, and that I am completing this Claim Form to the best of my personal knowledge.**

   _____
   (Signature)

*You may submit a claim for a pro rata cash payment by completing and returning the attached tear-off claim form by mail, or by completing the Claim Form available on the Settlement Website. If you wish to instead submit a claim for credit monitoring OR for compensation for out-of-pocket losses, you will need to submit your claim online or mail a paper Claim Form to the Settlement Administrator so that you can*

*attach all information necessary to support your request for payment. A paper version of the full Claim Form may be accessed on the Settlement Website (www.OnixSettlement.com).*

A proposed Settlement has been reached arising out of lawsuits filed against Onix Group, LLC ("Onix") in connection with a data breach. Between March 20, 2023, and March 27, 2023, an unauthorized user was able to access files stored on Onix's computer system. As a result, Private Information of individuals who are or were patients or otherwise affiliated with Onix may have been accessed (the "Data Incident"). Impacted Private Information may have included names, Social Security numbers, clinical information, and other medical or personal health information.

**Who is Included?** The Court decided that Class Members means all living, natural persons whose Private Information was compromised in the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $1,250,000.00 Settlement Fund to be used to pay for costs of Notice and administration; Service Awards to the Class Representatives; Attorneys' Fee Award and Costs; Credit Monitoring and Insurance Services, Documented Loss Payments for reimbursement of Documented Losses, or Cash Fund Payments to valid Claimants. Also, Onix has agreed to undertake certain remedial measures and enhanced data security measures for a period of two years. Claimants may select **ONE** of the following forms of Settlement relief as described below:

- **Credit Monitoring and Identity Theft Insurance** – one year of Credit Monitoring and Identity Theft Insurance; **OR**
- **Documented Loss Payments** – reimbursement for certain Documented Losses, i.e., money spent or lost, that more likely than not resulted from the Onix Data Incident (up to $5,000); **OR**
- **Cash Fund Payments** – a cash payment, in an amount to be determined consistent with the Settlement. The Cash Fund Payments may be increased or reduced *pro rata* depending on the total number of Class Members who participate in the Settlement, and the type of Settlement relief selected by Class Members.

**How To Get Benefits:** **You must complete and file a Claim Form online or by mail postmarked by October 17, 2024, including required documentation. You can file your claim online at www.OnixSettlement.com**. You may also get a paper Claim Form at the website, or by calling the toll-free number, and submit by mail. **You may complete a claim for a *Pro Rata* Cash Payment by completing and submitting the attached tear-off Claim Form or by filling out a Claim Form that will be available on the Settlement Website.**

**Your Other Options.** If you do not want to be legally bound by the Settlement, **you must exclude yourself by September 17, 2024**. If you do not exclude yourself, you will release any claims you may have against Onix or other Released Parties (as defined in the Settlement Agreement) related