IN RE: ONIX GROUP LLC DATA BREACH LITIGATION

NO. 23-2288

## NUNC PRO TUNC OBJECTION TO SETTLEMENT

COMES NOW KEVIN WATSON, A PARTY/CLASS MEMBER, AND RESPECTFULLY OBJECTS TO THE PROPOSED SETTLEMENT TERMS NUNC PRO TUNC AND REPRESENTS THE FOLLOWING:

1) ON 11/20/24 KEVIN WATSON RECIEVED THE ATTACHED NOTICE (SEE ATTACHMEN A)

2) KEVIN WATSON IS CURRENTLY INCARCERATED AND HAS BEEN SINCE 04/26/2019. SINCE SAID TIME MR WATSON HAS RESIDED IN MULTIPLE FACILITIES. AND DUE TO SUCH HIS ADDRESS IS CONSTANTLY CHANGING.

3) I, KEVIN WATSON, HAVE BEEN BACK AT NORTHEAST OHIO CORRECTION CENTER SINCE 9-12-24. HAVING BEEN RETURNED HERE AFTER MY FEDERAL CONVICTION WAS OVERTURNED AND I WAS GRANTED A NEW TRIAL.

4) MR WATSON AVERS HE WAS UNAWARE OF ANY DATA BREACH, CLASS ACTION LAWSUIT, OR SETTLEMENT AGREEMENT, OR ANY DEADLINES ATTACHED TO SUCH.

5) AFTER REVIEWING THE TERMS OF THE SETTLEMENT & HAVING READ THE CASES PRECEEDING THE MOVE TOWARDS A CLASS ACTION LAWSUIT. IT IS CLEAR THAT THE TERMS OF THE SETTLEMENT ARE FAR TOO LENIENT AND AFFORD NO REAL COMPENSATION TO INDIVIDUALS IN THE RANGE UPWARD OF 300,000.

6) THE SETTLEMENT SHOULD BE REJECTED AS UNFAIR & UNREASONABLE.

7) THE PROPOSED SETTLEMENT IF AGREED TO DOES LITTLE, BY THE WAY OF AFFORDING THE INDIVIDUALS HARMED BY THE BREACH, PROTECTION FROM HARMS THAT MAY COME. IE. IDENTITY THEFT PROTECTION LONG TERM OR AN

AMOUNT OF MONEY REASONABLE ENOUGH TO COVER THE EXPENSES OF PURCHASING PRODUCTS TO PROTECT AGAINST IDENTITY THEFT.

8) GIVEN THAT THERE WERE UPWARDS OF 300,000 AFFECTED INDIVIDUALS 1.25 MILLION DOLLARS IS NOT ENOUGH TO COVER A MONTH OF LIFELOCK COVERAGE. IF EVERY INDIVIDUAL WERE TO OPT FOR THE FINANCIAL COMPENSATION EACH INDIVIDUAL WOULD RECIEVE A TOTAL OF MAYBE 3 OR 4 DOLLARS.

9) I PROPOSE AN INQUIRY FOR A THOROUGH ANALYSIS OF THE SETTLEMENT TERMS (SEE BABY PRODUCTS 708 F3d at 174)

WHEREFORE, FOR THE FOREGOING REASONS, KEVIN WATSON RESPECTFULLY SUBMITS THIS OBJECTION NUNC PRO TUNC AND ASKS THAT A THOROUGH ANALYSIS OF THE SETTLEMENT TERMS BE PERFORMED.

RESPECTFULLY SUBMITTED
KEVIN WATSON
#39594068
N.E.O.CC
2240 HUBBARD Rd
YOUNGSTOWN OH 44505

I SWEAR THE FOREGOING TO BE TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE & BELIEF.

I AM AN INMATE CONFINED IN N.E.O.CC. AND AM USING THE MAILING SYSTEM THEREIN & AM THIS 20th day of NOV 2024 DEPOSITING THIS IN THE MAILBOX.

I HEREBY CERTIFY THAT I AM ON THIS DAY SERVING THIS ON THE PERSON & IN THE MANNER LISTED BELOW:

SERVICE UPON: CLERK OF COURT   VIA US POSTAL FIRST CLASS.

CARBON COPIED TO:
PERSONAL RECORD

RESPECTFULLY
KEVIN WATSON

ATTACHMENT A (part A)

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
LANSDALE, PA
PERMIT NO 491

Onix Data Incident Litigation
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

*Electronic Service Requested*

Postal Service: Please do not mark barcode
NOTICE ID: ONX0000317245
CONFIRMATION CODE: 4FXJI6URVAYG

A7 114

T219  P2 *************AUTO**5-DIGIT 44505   173423
KEVIN WATSON
2240 HUBBARD RD
YOUNGSTOWN OH 44505-3157

RECEIVED 11/20/24

**Court Approved Legal Notice**
**Eastern District of Pennsylvania**
**Case No. 23-2288-KSM**

As a Result of the ONIX DATA INCIDENT, You Can Get Cash or Credit Monitoring and Insurance Services to Protect Your Information.

*This is not a solicitation from a lawyer.*

For more information about the Settlement and how to file a Claim Form visit or call:
www.OnixSettlement.com
1-888-897-2160

*Para una notificación en Español, llamar 1-888-897-2160 o visitar nuestro sitio web www.OnixSettlement.com.*

(Part B)

A proposed Settlement has been reached arising out of lawsuits filed against Onix Group, LLC ("Onix") in connection with a data breach. Between March 20, 2023, and March 27, 2023, an unauthorized user was able to access files stored on Onix's computer system. As a result, Private Information of individuals who are or were patients or otherwise affiliated with Onix may have been accessed (the "Data Incident"). Impacted Private Information may have included [...], Social Security numbers, clinical information, and other medical or personal health information.

**Who is Included?** The Court decided that Class Members means all living natural persons whose Private Information was compromised in the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $1,250,000.00 Settlement Fund to be used to pay for costs of Notice and administration; Service Awards to the Class Representatives; Attorneys' Fee Award and Costs; Credit Monitoring and Insurance Services, Documented Loss Payments for reimbursement of Documented Losses, or Cash Fund Payments to valid Claimants. Also, Onix has agreed to undertake certain remedial measures and enhanced data security measures for a period of two years. Claimants may select **ONE** of the following forms of Settlement relief described below:

- **Credit Monitoring and Identity Theft Insurance** – one year of Credit Monitoring and Identity Theft Insurance; **OR**
- **Documented Loss Payments** – reimbursement for certain Documented Losses, i.e., money spent or lost, that more likely than not resulted from the Onix Data Incident (up to $5,000); **OR**
- **Cash Fund Payments** – a cash payment, in an amount to be determined consistent with the Settlement. The Cash Fund Payments may be increased or reduced pro rata depending on the total number of Class Members who participate in the Settlement and the type of Settlement relief selected by Class Members.

**How To Get Benefits:** You must complete and file a Claim Form online or by mail postmarked by **October 17, 2024**, including required documentation. You can file your claim online at **www.OnixSettlement.com**. You may also get a paper Claim Form at the website, or by calling the toll-free number, and submit by mail. You may complete a claim for a *pro rata* cash payment *only* by completing and submitting the attached tear-off claim form.

**Your Other Options.** If you do not want to be legally bound by the Settlement, **you must exclude yourself by September 17, 2024**. If you do not exclude yourself, you will release any claims you may have against Onix or other Released Parties (as defined in the Settlement Agreement) related to the Onix Data Incident, as more fully described in the Settlement Agreement, available at the Settlement Website. **If you do not exclude yourself, you may object to the Settlement by September 17, 2024. Please review the Long Form Notice on the Settlement Website for further details.**

**The Final Approval Hearing.** The Court has scheduled a hearing in this case (*In re Onix Group, LLC Data Breach Litigation*, No. 23-2288-KSM) for **November 20, 2024 at 10:30 AM EST at 601 Market Street, Philadelphia, PA 19106**, to consider: whether to approve the Settlement, Service Awards, attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the hearing, but you are not required to do so. The hearing may be held remotely, so please check the Settlement Website for those details.

**More Information.** Complete information about your rights and options, as well as the Claim Form, the Long Form Notice, and Settlement Agreement are available at www.OnixSettlement.com, or by calling toll free 1-888-897-2160.

Kevin Watson #B958940608
N.E.O.C.C.
2240 Hubbard Rd
Youngstown OH 44505

Federal Courthouse
601 Market St
Philadelphia Pa 19106

N°T
IPS

CLEVELAND OH 440
25 NOV 2024 PM 1 L

RECEIVED
NOV 29 2024

Core Civic/NEOCC does not inspect or censor mail and will not be responsible for the contents.