IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE ONIX GROUP, LLC DATA BREACH LITIGATION** | CIVIL ACTION<br><br>NO. 23-2288-KSM |

## ORDER

**AND NOW**, this 3rd day of December, 2024, it is **ORDERED** that the parties shall **RESPOND** to the "Nunc Pro Tunc Objection to Settlement" filed by Kevin Watson (Doc. No. 54) no later than **Friday, December 6, 2024**.[1]

IT IS SO ORDERED.

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] If appropriate, the parties may submit a joint response.