## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| | **CIVIL ACTION** |
| **IN RE ONIX GROUP, LLC DATA BREACH LITIGATION** | **NO. 23-2288-KSM** |

## ORDER

**AND NOW**, this 13th day of December, 2024, upon consideration of Plaintiffs' unopposed motion for final approval of the class action settlement (Doc. No. 46) and for attorneys' fees, service awards, and litigation expenses (Doc. No. 47), the entire record in this matter, and after a final fairness hearing with the parties on November 20, 2024, the Court finds as follows:

1. The motion for final approval of the class action settlement (Doc. No. 46) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. The Court **CERTIFIES** the following settlement class pursuant to Federal Rules of Procedure 23(a) and 23(b)(3):

   a. All 308,942 natural persons whose Private Information was compromised in the Data Breach and who have not been confirmed to be deceased. Excluded from the Settlement Class are: (1) the Judges presiding over the Action and members of their immediate families and their staff; (2) Onix, its subsidiaries, parent companies, successors, predecessors, and any entity in which Onix or its parents, have a controlling interest, and its current or former officers and directors; (3) natural persons who properly execute and submit a Request for Exclusion prior to the expiration of the Opt-Out Period; and (4) the successors or assigns of any such excluded natural person.

3. Notice of the Settlement Agreement to the Settlement Class required by Rule 23(e) of the

Federal Rules of Civil Procedure has been provided in an adequate and sufficient manner, constitutes the best notice practicable under the circumstances, and satisfies due process and Rules 23(c)(2)(B) and 23(e) of the Federal Rules of Civil Procedure.

4. The settlement agreement is **APPROVED** pursuant to Federal Rule of Civil Procedure 23(e) because the Court finds that it is fair, reasonable and adequate to all class members.

5. The objections filed by Christa Branin (Doc. No. 48) and Kevin Watson (Doc. No. 54) are **OVERRULED**.

6. The motion for approval of requested attorneys' fees, service awards, and litigation expenses (Doc. No. 47) is **GRANTED AS FOLLOWS**.  The Court approves the payment to class counsel of $416,666.66 for attorney's fees; $12,032 for class counsel's litigation expenses; and $500 service awards for each of the seven class representatives.

7. The Settlement Administrator, the Angeion Group, LLC, shall distribute the settlement fund as set forth in the settlement agreement.

8. This matter is **DISMISSED WITH PREJUDICE**.  The Court will maintain jurisdiction over the enforcement of the settlement.

   **IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER, MARSTON, J.

2